

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Jacob T. Jones, Appellant

No. 06-14-00077-CV          v.

Service Credit Union, Appellee

Appeal from the County Court at Law of Hopkins County, Texas (Tr. Ct. No. CV 42,210).  Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We further order that the appellant, Jacob T. Jones, pay all costs of this appeal.

RENDERED JUNE 10, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk